David S. Norris (Arizona Bar No. 034309)
david.norris@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Dominion Enterprises,
Inc. and Homes.com, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Pierucci, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dominion Enterprises, Inc.,<br><br>Defendant. | Case No. 3:20-cv-8048-DWL<br><br>**JOINT MOTION TO SUBSTITUTE A PARTY AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 15(a)(2) for the Federal Rules of Civil Procedure, Plaintiff Lisa Pierucci and Defendant Dominion Enterprises, Inc. ("Dominion") move this Court for entry of an Order substituting Homes.com, Inc. in place of Dominion as the Defendant in this action, and in support thereof, state as follows:

1. On April 13, 2020, Plaintiff served Dominion with the Complaint in the above-referenced matter. *See* Proof of Service. [ECF No. 7].

2. Dominion moved for an extension of time to respond to the Complaint until June 3, 2020, which this Court granted. *See* D.E. [ECF Nos. 8 and 8-1].

3. In the context of preparing Dominion's response to the Complaint, Dominion's counsel informed Plaintiff's counsel that Dominion does not do business as Homes.com, as alleged in the Complaint, and that the legal entity that does business as Homes.com is Homes.com, Inc. ("Homes.com"), an affiliate of Dominion.

4. In light of the information in Paragraph 3, Plaintiff, Dominion, and Homes.com have agreed to substitute Homes.com as the Defendant in this matter, which means adding Homes.com as a party and dismissing Dominion. Other than substituting the Defendant, the allegations in the Complaint remain the same.

5. Given the substitution, Homes.com requests an extension of time of five additional days, until June 8, 2020, to respond to the Complaint. Plaintiff does not oppose such request.

6. In addition, the Parties request that the style and pleadings should be amended to reflect that Homes.com is the proper party defendant in the Complaint.

7. This is Homes.com's first request for an extension in this litigation.

RESPECTFULLY SUBMITTED this 2nd day of June, 2020.

*/s/ David S. Norris* _____
David S. Norris (AZ Bar No. 034309)
david.norris@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona  85004
david.norris@squirepb.com
Telephone:    (602) 528-4000
Facsimile:    (602) 253-8129

**Attorneys for Defendant Dominion Enterprises, Inc. and Homes.com, Inc.**

*/s/ Avi R. Kaufman (with permission)*
AVI R. KAUFMAN (admitted *Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN, P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

| | |
|---|---|
| 1 | |
| 2 | Nathanael Brown (SBN: 033482)<br>Nathan.Brown@BrownPatentLaw.com |
| 3 | Brown Patent Law<br>1500 N 78th Way Suite 203 |
| 4 | Scottsdale, AZ 85260<br>Telephone: (602) 529-3474 |

Nathanael Brown (SBN: 033482)
Nathan.Brown@BrownPatentLaw.com
Brown Patent Law
1500 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

ROBERT AHDOOT (admitted *Pro Hac Vice*)
rahdoot@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 LINDBROOK DRIVE
LOS ANGELES, CALIFORNIA 90024
Telephone: (310) 474-9111

*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2020, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and service on Plaintiff as listed below:

>AVI R. KAUFMAN (admitted *Pro Hac Vice*)
>kaufman@kaufmanpa.com
>KAUFMAN, P.A.
>400 NW 26th Street
>Miami, FL 33127
>Telephone: (305) 469-5881
>
>Nathanael Brown (SBN: 033482)
>Nathan.Brown@BrownPatentLaw.com
>Brown Patent Law
>1500 N 78th Way Suite 203
>Scottsdale, AZ 85260
>Telephone: (602) 529-3474
>
>ROBERT AHDOOT (admitted *Pro Hac Vice*)
>rahdoot@ahdootwolfson.com
>AHDOOT & WOLFSON, PC 10728 LINDBROOK DRIVE LOS ANGELES, CALIFORNIA 90024
>Telephone: (310) 474-9111
>
>*Attorneys for Plaintiff*

*/s/Tanya Skeet*

- 1 -